```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV265 |
| | ) | |
| v. | ) | |
| | ) | |
| HOWARD S. ROEMER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion, filing no. 34, to stay Rule 26 Planning Conference Report is granted, and the requirement for filing the Rule 26 report is stayed pending entry of consent judgment, or until further order.

DATED this 21st day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge