IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV265 |
| | ) | |
| V. | ) | |
| | ) | |
| HOWARD S. ROEMER, DARLENE A. ROEMER, MICHAEL J. ROEMER, KRISSA M. ROEMER, MELISSA POLINSKI, FIRST STATE BANK AND TRUST COMPANY, of Fremont, Nebraska, AG SERVICES OF AMERICA, A Subsidiary of RABOBank International, CORNERSTONE BANK, N. A., of York, Nebraska, as Trustee for the, MICHAEL D. BUTTERFIELD, BRUCE D. BUTTERFIELD, Individually and as Personal Representative of the, PHILLIP S. BUTTERFIELD, KATHLEEN L. DRAB, and LYLE W. BUTTERFIELD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 13, 2008, Plaintiff filed a motion for default judgment (filing 32) against Defendants Howard S. Roemer, Darlene A. Roemer, Michael Roemer, Krissa Roemer and Melissa Polinski. To date, however, Plaintiff has not provided the court with a proposed judgment and decree of foreclosure. Plaintiff's counsel has advised the court that a draft judgment and decree of foreclosure has been circulated to the answering parties in this action. Accordingly, Plaintiff's counsel has requested that

Plaintiff be given until April 13, 2009, to submit a proposed judgment and decree of foreclosure to the court. Plaintiff's request shall be granted.

IT IS ORDERED:

Plaintiff shall have until April 13, 2009, to submit a proposed judgment and decree of foreclosure to the court or, alternatively, provide the court, by affidavit, with a status update as to the foreclosure action.

March 12, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge