IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV265 |
| | ) | |
| V. | ) | |
| | ) | |
| HOWARD S. ROEMER, DARLENE A. ROEMER, MICHAEL J. ROEMER, KRISSA M. ROEMER, MELISSA POLINSKI, FIRST STATE BANK AND TRUST COMPANY, of Fremont, Nebraska, AG SERVICES OF AMERICA, A Subsidiary of RABOBank International, CORNERSTONE BANK, N. A., of York, Nebraska, as Trustee for the, MICHAEL D. BUTTERFIELD, BRUCE D. BUTTERFIELD, Individually and as Personal Representative of the, PHILLIP S. BUTTERFIELD, KATHLEEN L. DRAB, and LYLE W. BUTTERFIELD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's request that this foreclosure action be stayed until May 11, 2009, to determine whether settlement can be reached (filing 39). The request shall be granted.

IT IS ORDERED:

This matter is stayed until May 11, 2009. If such matter is not resolved by that date, Plaintiff shall provide the court a status update as to this action.

April 30, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge